UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.                                              Case No. 26-30055
                                              Originating No. 3:26-CR-4

LATINA MARIEOLA DACE,

    Defendant.
_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **LATINA MARIEOLA DACE,** to answer to charges pending in another federal district, and states:

1.     On February 4, 2026, defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the Northern District of West Virginia based on an Indictment. Defendant is charged in that district with violations of 21 USC §841(a)(1), 846, and §841(b)(1)(A) - Conspiracy to Possess with Intent to Distribute and to Distribute 50 Grams or more of Methamphetamine, a Schedule II controlled substance, and 21 USC §841(b)(1)(B) - Conspiracy to Possess with Intent to Distribute and to Distribute 40 Grams or more of Fentanyl.

      2.      Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

      WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

      Respectfully submitted,

      JEROME F.GORGON
      United States Attorney


      s/Tare Wigod
      Assistant U.S. Attorney
      211 W. Fort Street, Suite 2001
      Detroit, MI 48226
      Tare.wigod@usdoj.gov
      (313) 226-9191

Dated: February 4, 2026